**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Ste 1408
New York, New York 10123
(212) 643-6677
Rafi Hasbani, Esq.
*Counsel for Plaintiff Windward Bora, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
WINDWARD BORA, LLC,

                                            Plaintiff

                                      Docket No.:

                -AGAINST-

DEAN HOLDING LLC; LEROY M. FREDERICK, JR.; AMOS FINANCIAL LLC; HAREL GROUP INVESTORS LLC; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; AM TRUST BANK; CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,

                                       Defendants.
-------------------------------------------------------------------------X

      I, Rafi Hasbani, Esq., pursuant to CPLR §2106 and under the penalties of perjury, affirms as follows:

      1.     I am an attorney at law duly licensed to practice in the state of New York and am affiliated with the law firm Hasbani & Light, P.C., attorneys for Plaintiff(s) in the above- captioned foreclosure proceeding. As such, I am fully aware of the underlying action, as well as the proceedings had herein.

      2.     I am aware that, as a result of the COVID-19 pandemic, various state and federal authorities have issued statutes and executive orders regulating the time and manner of commencement and prosecution of foreclosure proceedings. These include (without limitation), gubernatorial Executive Orders 202.8 (March 20, 2020), 202.14 (April 7, 2020), 202.28 (May 7, 2020), and 202.38 (June 6, 2020); Chief Administrative Judge Administrative Orders AO/68/20

1

(March 16, 2020), AO/121/20 (June 9, 2020), and AO/127/20 (June 18, 2020); and federal Coronavirus Aid, Relief, and Economic Security Act (CARES Act, enacted on March 27, 2020), Department of Veterans Affairs Circular 26-20-22 (June 17, 2020), and Department of Housing and Urban Development Mortgagee Letter 2020-19 (June 17, 2020).

3.  I have reviewed these authorities, have consulted with my client, and affirm that, to the best of my knowledge, information, and belief, the petition and other papers filed or submitted to the Court in this matter comport with the requirements of those state and federal directives -- including the directive, set forth in Executive Order 202.28, that "[t]here shall be no initiation of a proceeding or enforcement of ... a foreclosure of any residential or commercial mortgage, for nonpayment of such mortgage, owned ... by someone that is eligible for unemployment insurance or benefits under state or federal law or otherwise facing financial hardship due to the COVID-19 pandemic for a period of sixty days beginning on June 20, 2020."

4.  I am aware of my obligations under New York Rules of Professional Conduct (22 NYCRR Part 1200) and 22 NYCRR Part 130.

Dated: New York, New York
 July 1, 2020

*/s/ Rafi Hasbani*
Rafi Hasbani, Esq.
*Counsel for Plaintiff*

***Please note: Counsel may augment this affirmation to provide explanatory details, and may file supplemental affirmations or affidavits for the same purpose.***