

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

August 11, 2022

<u>VIA CM/ECF</u>
Hon. Marcia M. Henry, U.S.M.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          **Re:**    *Windward Bora, LLC v. Amos Financial LLC, et al*
                  Case No. 1:20-cv-2929

Your Honor:

      Pursuant to the scheduling order in the above-referenced matter, counsel for the parties write to you jointly concerning the status of discovery.

      The parties agree that they have pursued all known, available sources of relevant documents and information, and that all such avenues have been exhausted accordingly.

                                              Respectfully submitted,

| | |
|---|---|
| Dated:  New York, New York<br>          August 12, 2022 | **HASBANI & LIGHT, P.C.**<br><br>*/s/ Danielle P. Light*<br>Danielle P. Light<br>450 Seventh Avenue<br>Suite 1408<br>New York, New York 10123<br>Tel: (212) 643-6677<br>Email: dlight@hasbanilight.com |
| Dated:  Lynbrook, New York<br>          August 12, 2022 | **PORT & SAVA**<br><br>*/s/ Janine Z. Schatz*<br>Janine Z. Schatz, Esq.<br>303 Merrick Road<br>Suite 212<br>Lynbrook, New York 11563<br>Tel: (516) 352-2999<br>Email: janin@port-and-sava.com |