

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

October 28, 2022

<u>VIA CM/ECF</u>
Judge Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

   **RE:** ***Windward Bora, LLC v. Dean Holding, LLC et al.***
      **Case No.: 20-cv-02929**
      **Service of Motion for Summary Judgment and Motion for Default Judgment**

Dear Judge Morrison,

We represent the Plaintiff Windward Bora, LLC ("Windward Bora") in the above referenced foreclosure matter.

Please let this letter serve as confirmation that Plaintiff served its Motion for Summary Judgment as against Amos Financial, LLC and Motion for Default Judgment as against the remaining defendants upon counsel for Amos Financial, LLC.

Please do not hesitate to contact us with any questions. We thank this Court for its continued attention to this matter.

               Respectfully,

               */s/ Danielle P. Light*