

JANINE SCHATZ
janine@portandsava.com

October 28, 2022

**VIA CM/ECF**
Hon. Nina Morrison, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          **Re:** *Windward Bora, LLC v. Amos Financial LLC, et al*
                Case No. 1:20-cv-2929

Dear Judge Morrison:

Counsel for Defendant Amos Financial LLC ("Amos") hereby confirms that Amos has served its Motion for Summary Judgment and for Rule 37 sanctions against Plaintiff Windward Bora, LLC upon Plaintiff's counsel.

We thank you in advance for your consideration of this motion.

                                             Respectfully submitted,

                                          /s/ Janine Z. Schatz
                                           Janine Z. Schatz

CC:     All counsel of record via ECF

REPLY TO:
PRIMARY:       303 MERRICK ROAD     SUITE 212     LYNBROOK     NEW YORK     11563     T: (516)-352-2999     F: (516) 352-3933
BY APPT. ONLY:    600 MADISON AVE.     22ND FLOOR     NEW YORK     NEW YORK     10022
LAW OFFICE OF GARY PORT, P.C., D//B/A PORT & SAVA