

JANINE SCHATZ
janine@portandsava.com

December 21, 2022

**VIA CM/ECF**
Hon. Nina R. Morrison, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           **Re:** *Windward Bora, LLC v. Amos Financial LLC, et al*
                 Case No. 1:20-cv-2929

Dear Judge Morrison:

Counsel for Defendant Amos Financial LLC ("Amos") writes in furtherance of the letter motion filed today by counsel for Plaintiff Windward Bora, LLC ("Plaintiff"), seeking an adjournment of the Reply to Plaintiff's Motion for Summary Judgment.

Given the pendency of a simultaneous Motion by Amos, counsel for the parties have further agreed that Amos's Reply in support of its own Motion for Summary Judgment shall also be adjourned from December 23, 2022, until January 4, 2023.

We thank you in advance for your attention to this matter.

                                                  Respectfully submitted,

                                            /s/ Janine Z. Schatz
                                            Janine Z. Schatz

CC:    All counsel of record via ECF

REPLY TO:
PRIMARY:    303 MERRICK ROAD    SUITE 212    LYNBROOK    NEW YORK    11563    T: (516)-352-2999    F: (516) 352-3933
BY APPT. ONLY:    600 MADISON AVE.    22ND FLOOR    NEW YORK    NEW YORK    10022
LAW OFFICE OF GARY PORT, P.C., D//B/A PORT & SAVA